FILED
2006 Mar-06 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DEBORAH L. RISHAVY & LASANDRA COOPER,  Plaintiffs,  vs.  TUSCALOOSA CHEVROLET, INC.,  Defendant. | ]<br>]<br>]<br>]<br>]<br>]  CV-05-CO-02070-W<br>]<br>]<br>]<br>] |

## ORDER

Pursuant to the parties Stipulation for Entry of Dismissal (Doc. 11), all claims of plaintiffs Deborah L. Rishavy and Lasandra Cooper are dismissed with prejudice, and all class claims are dismissed without prejudice. Costs taxed as paid.

Done this <u>6th</u> day of <u>March 2006</u>.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
143449